# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **THOMAS BEZILLA,** : | |
| : | |
| Plaintiff, : | Civil Action No.: 3:20-cv-01863-RNC |
| : | |
| v. : | |
| : | |
| **HENRY SCHEIN, INC.,** : | |
| : | |
| Defendant. : | May 27, 2021 |
| : | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Thomas Bezilla, with the consent and agreement of defendant Henry Schein, Inc., hereby requests that the Court dismiss all claims in the above-captioned case against Henry Schein, Inc., with prejudice and without costs or attorneys' fees to either party.  By consent of the parties, this Stipulation may be entered without further notice from the Clerk of the Court.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| THOMAS BEZILLA | HENRY SCHEIN, INC. |

By: _/s/ Thomas Bezilla_  
  Thomas Bezilla  
  42 Billow Road  
  Niantic, CT  06357  
  Tel. (860) 306-2738  
  tbezilla@att.net

By: _/s/ Lori B. Alexander_  
  Lori B. Alexander (CT08970)  
  Littler Mendelson, P.C.  
  265 Church Street, Suite 300  
  New Haven, CT  06510  
  Tel.  (203) 974-8701  
  Fax:  (203) 974-8799  
  lalexander@littler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically through the Court's CM/ECF system and thereby served on all parties of record on May 27, 2021:

                                                                               */s/ Lori B. Alexander*
                                                                               Lori B. Alexander